United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Darrell Edward Cammack  
    Debtor

Case No. 16-04959-MDF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AGarner     Page 1 of 1     Date Rcvd: Jan 30, 2017  
                       Form ID: ntcnfhrg     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2017.

```
db            +Darrell Edward Cammack,    6120 Hocker Drive,    Harrisburg, PA 17111-3328
4863035       +ARCADIA RECOVERY BUREAU,    PO BOX 6768,    WYOMISSING, PA 19610-0768
4863036       +ASC,    3476 STATEVIEW BLVD,    FORT MILL, SC 29715-7203
4863037        CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4863038       +CARMAX AUTO FINANCE,    2040 THALBRO STREET,    RICHMOND, VA 23230-3200
4872498       +CarMax Business Services LLC,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5897
4863043       +IRON FORGE STORAGE,    6 WESTMINSTER DRIVE,    CARLISLE, PA 17013-4368
4863044        KIMBERLY A BONNER, ESQUIRE,    MANLEY DEAS KOCHALSKI LLC,    PO BOX 165028,
                COLUMBUS, OH 43216-5028
4863047       +PRINT-O-STAT,    5040 LOUISE DR, STE 110,    MECHANICSBURG, PA 17055-4897
4863048       +SALLY J CAMMACK,    6120 HOCKER DRIVE,    HARRISBURG, PA 17111-3328
4863049       +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4863050       +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                HARRISBURG, PA 17121-0751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4863039       +E-mail/Text: dehartstaff@pamd13trustee.com Jan 30 2017 19:05:52    CHARLES J DEHART, III, ESQ.,
                8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4863040        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 30 2017 19:05:36    COMM OF PA DEPT OF REVENUE,
                BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4863042        E-mail/Text: cio.bncmail@irs.gov Jan 30 2017 19:05:28    INTERNAL REVENUE SERVICE - CIO,
                PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4863045       +E-mail/Text: unger@members1st.org Jan 30 2017 19:06:01    MEMBERS 1ST FCU,    5000 LOUISE DR,
                PO BOX 40,    MECHANICSBURG, PA 17055-0040
4863046       +E-mail/Text: schesek@pinnaclehealth.org Jan 30 2017 19:05:32    PINNACLE HEALTH HOSPITALS,
                PO BOX 2353,    HARRISBURG, PA 17105-2353
                                                                                              TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4863041*      +Darrell Edward Cammack,    6120 Hocker Drive,    Harrisburg, PA 17111-3328
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2017 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Securitized Asset Backed Receivables LLC Trust
               2006-NC1, Mortgage Pass-Through Certificates, Series 2006 NC1, U.S. Bank National Association,
               as Trustee bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor Darrell Edward Cammack karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Darrell Edward Cammack<br>Debtor(s) | Chapter | 13 |
| | Case No. | 1:16−bk−04959−MDF |

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**March 1, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 22, 2017<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 30, 2017 |