```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                                    Case No. 16-04959-RNO
Darrell Edward Cammack                                                    Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AGarner              Page 1 of 1           Date Rcvd: Oct 17, 2017
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db             +Darrell Edward Cammack,    6120 Hocker Drive,    Harrisburg, PA 17111-3328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                              Signature:  /s/Joseph Speetjens

---

                          **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Darrell Edward Cammack DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor    Securitized Asset Backed Receivables LLC Trust
               2006-NC1, Mortgage Pass-Through Certificates, Series 2006 NC1, U.S. Bank National Association,
               as Trustee bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Darrell Edward Cammack karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DARRELL EDWARD CAMMACK | : | |
| Debtor(s) | : | CASE NO. 1:16-bk-04959RNO |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 42 |
| DARRELL EDWARD CAMMACK | : | MOTION TO DISMISS |
| Respondent(s) | : | |

<u>ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE</u>

At Harrisburg, PA in said District,

Upon consideration of the STIPULATION filed on October 17, 2017 between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's MOTION TO DISMISS for material default filed on or about September 25, 2017

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(AG)

Dated: October 17, 2017