```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 16-04959-HWV
Darrell Edward Cammack                                              Chapter 13
        Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1           User: AGarner              Page 1 of 2                  Date Rcvd: Nov 14, 2017
                               Form ID: ntpasnh           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db             +Darrell Edward Cammack,    6120 Hocker Drive,    Harrisburg, PA 17111-3328
cr             +Securitized Asset Backed Receivables LLC Trust 200,    14841 Dallas Parkway, Suite 30,
                 Dallas, TX 75254-7685
4863035        +ARCADIA RECOVERY BUREAU,    PO BOX 6768,    WYOMISSING, PA 19610-0768
4863036        +ASC,    3476 STATEVIEW BLVD,    FORT MILL, SC 29715-7203
4863037         CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4863038        +CARMAX AUTO FINANCE,    BANKRUPTCY NOTICES,    225 CHASTAIN MEADOWS CT,    KENNESAW, GA 30144-5897
4872498        +CarMax Business Services LLC,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5897
4863043        +IRON FORGE STORAGE,    6 WESTMINSTER DRIVE,    CARLISLE, PA 17013-4368
4863044         KIMBERLY A BONNER, ESQUIRE,    MANLEY DEAS KOCHALSKI LLC,    PO BOX 165028,
                 COLUMBUS, OH 43216-5028
4863047        +PRINT-O-STAT,    5040 LOUISE DR, STE 110,    MECHANICSBURG, PA 17055-4897
4863048        +SALLY J CAMMACK,    6120 HOCKER DRIVE,    HARRISBURG, PA 17111-3328
4912006        +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
4863049        +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4863050        +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4863039        +E-mail/Text: dehartstaff@pamd13trustee.com Nov 14 2017 19:06:06     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4863040         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2017 19:05:55     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,   HARRISBURG, PA 17128-0946
4863042         E-mail/Text: cio.bncmail@irs.gov Nov 14 2017 19:05:48     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4863045        +E-mail/Text: unger@members1st.org Nov 14 2017 19:06:10     MEMBERS 1ST FCU,    5000 LOUISE DR,
                 PO BOX 40,    MECHANICSBURG, PA 17055-0040
4863046        +E-mail/Text: schesek@pinnaclehealth.org Nov 14 2017 19:05:50     PINNACLE HEALTH HOSPITALS,
                 PO BOX 2353,    HARRISBURG, PA 17105-2353
4913690         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2017 19:09:03
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
4886543        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2017 19:08:52
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4863041*       +Darrell Edward Cammack,    6120 Hocker Drive,   Harrisburg, PA 17111-3328
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Darrell Edward Cammack DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James  Warmbrodt    on behalf of Creditor   Securitized Asset Backed Receivables LLC Trust
               2006-NC1, Mortgage Pass-Through Certificates, Series 2006 NC1, U.S. Bank National Association,
               as Trustee bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Darrell Edward Cammack karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
```

```
District/off: 0314-1           User: AGarner              Page 2 of 2              Date Rcvd: Nov 14, 2017
                               Form ID: ntpasnh           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         TOTAL: 5

ntpasnh(10/11)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Darrell Edward Cammack
**Debtor(s)**

Chapter: 13

Case number: 1:16−bk−04959−HWV

Document Number: 47

Specialized Loan Servicing LLC, as servicer for Securitized Asset Backed Receivables LLC Trust 2006−NC1, Mortgage Pass−Through Certificates, Series 2006 NC1, U.S. Bank National Association, as Trustee
**Movant(s)**

Matter: Motion for Mortgage Modification

vs.

Darrell Edward Cammack
Charles J. DeHart, III Esq.
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **December 5, 2017**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 14, 2017 |