UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DARRELL EDWARD CAMMACK

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

DARRELL EDWARD CAMMACK

    Respondent(s)

CHAPTER 13

CASE NO: 1-16-04959-HWV

## CERTIFICATION OF DEFAULT

AND NOW on January 19, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of January 19, 2018, the Debtor(s) is/are $1000.00 in arrears with a plan payment having last been made on Oct 16, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 19, 2018

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DARRELL EDWARD CAMMACK

    Debtor(s)

CHARLES J. DEHART, III  
CHAPTER 13 TRUSTEE  
    Movant

DARRELL EDWARD CAMMACK

CHAPTER 13

CASE NO: 1-16-04959-HWV

    Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on January 19, 2018.

KARA K GENDRON  
MOTT & GENDRON LAW  
125 STATE STREET  
HARRISBURG, PA  17101-

DARRELL EDWARD CAMMACK  
6120 HOCKER DRIVE  
HARRISBURG, PA  17111

    RESPECTFULLY SUBMITTED,

    /s/ Liz Joyce  
    for Charles J. DeHart, III, Trustee  
    8125 Adams Drive, Suite A  
    Hummelstown, PA  17036  
    Phone:  (717) 566-6097

Dated:  January 19, 2018