```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-04959-HWV
Darrell Edward Cammack                                              Chapter 13
      Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: AGarner              Page 1 of 2         Date Rcvd: Jan 23, 2018
                              Form ID: pdf010            Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2018.
```
db             +Darrell Edward Cammack,   6120 Hocker Drive,   Harrisburg, PA 17111-3328
cr             +Securitized Asset Backed Receivables LLC Trust 200,   14841 Dallas Parkway, Suite 30,
                 Dallas, TX 75254-7685
4863035        +ARCADIA RECOVERY BUREAU,   PO BOX 6768,   WYOMISSING, PA 19610-0768
4863036        +ASC,   3476 STATEVIEW BLVD,   FORT MILL, SC 29715-7203
4863037         CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
4863038        +CARMAX AUTO FINANCE,   BANKRUPTCY NOTICES,   225 CHASTAIN MEADOWS CT,   KENNESAW, GA 30144-5897
4872498        +CarMax Business Services LLC,   225 Chastain Meadows Court,   Kennesaw, GA 30144-5897
4863043        +IRON FORGE STORAGE,   6 WESTMINSTER DRIVE,   CARLISLE, PA 17013-4368
4863044         KIMBERLY A BONNER, ESQUIRE,   MANLEY DEAS KOCHALSKI LLC,   PO BOX 165028,
                 COLUMBUS, OH 43216-5028
4863047        +PRINT-O-STAT,   5040 LOUISE DR, STE 110,   MECHANICSBURG, PA 17055-4897
4863048        +SALLY J CAMMACK,   6120 HOCKER DRIVE,   HARRISBURG, PA 17111-3328
4912006        +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
4863049        +UNEMP COMP OVERPAYMENT MATTERS,   DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,   HARRISBURG, PA 17121-0751
4863050        +UNEMPL COMP TAX MATTERS,   HARRISBURG CASES L&I OFF CHIEF COUNSEL,   651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4863039        +E-mail/Text: dehartstaff@pamd13trustee.com Jan 23 2018 18:52:36     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,   HUMMELSTOWN PA 17036-8625
4863040         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2018 18:52:23     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,   PO BOX 280946,   HARRISBURG, PA 17128-0946
4863042         E-mail/Text: cio.bncmail@irs.gov Jan 23 2018 18:52:18     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,   PHILADELPHIA, PA 19101-7346
4863045        +E-mail/Text: unger@members1st.org Jan 23 2018 18:52:39     MEMBERS 1ST FCU,   5000 LOUISE DR,
                 PO BOX 40,   MECHANICSBURG, PA 17055-0040
4863046        +E-mail/Text: schesek@pinnaclehealth.org Jan 23 2018 18:52:21     PINNACLE HEALTH HOSPITALS,
                 PO BOX 2353,   HARRISBURG, PA 17105-2353
4913690         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2018 18:59:10
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4886543        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2018 18:59:24
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4863041*       +Darrell Edward Cammack,   6120 Hocker Drive,   Harrisburg, PA 17111-3328
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Darrell Edward Cammack DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James  Warmbrodt    on behalf of Creditor    Securitized Asset Backed Receivables LLC Trust
               2006-NC1, Mortgage Pass-Through Certificates, Series 2006 NC1, U.S. Bank National Association,
               as Trustee bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Darrell Edward Cammack karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
```

District/off: 0314-1    User: AGarner    Page 2 of 2    Date Rcvd: Jan 23, 2018
                        Form ID: pdf010   Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Darrell Edward Cammack**

**Debtor(s)**

Chapter: 13

Case No.: 1:16-bk-04959-HWV

**CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE**
  vs.    **Movant(s)**

**DARRELL EDWARD CAMMACK**

**Respondent(s)**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: January 23, 2018

By the Court,

_Henry W. Van Eck, Bankruptcy Judge_
(KB)

Order Dismissing Case with Parties - Revised 9/17